UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

```
_____
                                        )
CHRISTOPHER NICKENS AND                 )
PATRICIA NICKENS,                       )
                                        )
            Plaintiffs,                 )
                                        )
     v.                                 )    Civil Action No. 09-0307
                                        )
DISTRICT OF COLUMBIA AND                )
MAYOR ADRIAN FENTY,                     )
                                        )
            Defendants.                 )
_____)
```

ORDER

For the reasons stated in the Memorandum Opinion issued this same day, it is

hereby

ORDERED that defendants' motions to dismiss [8] and [9] are GRANTED.

Plaintiff Patricia Nickens's claims are dismissed for lack of standing and plaintiff Christopher

Nickens's claims are dismissed for failure to exhaust his administrative remedies; and it is

FURTHER ORDERED that the Clerk of the Court shall remove this case from the

docket of the Court. This is a final appealable order. See FED. R. APP. P. 4(a).

SO ORDERED.

　　　　　　　　　　　　　　　　　　/s/_____
　　　　　　　　　　　　　　　　　　PAUL L. FRIEDMAN
　　　　　　　　　　　　　　　　　　United States District Judge

DATE: March 16, 2009